18-80083

Geoffrey M.T. Sturr, No. 014063
Joshua D. Bendor, No. 031908
Osborn Maledon, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
gsturr@omlaw.com
jbendor@omlaw.com

Attorneys for Respondent

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 31 2018

FILED_____
DOCKETED_____
DATE     INITIAL

**BEFORE THE PRESIDING DISCIPLINARY JUDGE**

**OF THE SUPREME COURT OF ARIZONA**

| IN THE MATTER OF A MEMBER OF THE STATE BAR OF ARIZONA, | PDJ 2018-9018 |
|---|---|
| | [State Bar File No. 18-0615] |
| **PETER STROJNIK,** **Bar No. 006464,** | **NOTICE OF FILING DECLARATION OF PETER STROJNIK** |
| Respondent. | |

Pursuant to the Order of Interim Suspension entered by the Presiding Disciplinary Judge on July 11, 2018 and Rule 72(e) of the Rules of the Supreme Court of Arizona, Respondent Peter Strojnik hereby submits the attached Declaration.

RESPECTFULLY SUBMITTED this 23rd day of July, 2018.

OSBORN MALEDON, P.A.

By _____
Geoffrey M.T. Sturr
Joshua D. Bendor
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793

Attorneys for Respondent

| | |
|---|---|
| 1 | ORIGINAL of the foregoing filed |
| 2 | this 23rd day of July, 2018, with: |
| 3 | Clerk of the Arizona Supreme Court |
| | 1501 W. Washington St., Suite 402 |
| 4 | Phoenix, AZ 85007-3329 |
| 5 | |
| | Disciplinary Clerk |
| 6 | Office of the Presiding Disciplinary Judge |
| 7 | 1501 W. Washington Street, Suite 104 |
| | Phoenix, AZ 85007-3329 |
| 8 | |
| 9 | |
| | COPIES of the foregoing mailed |
| 10 | this 23rd day of July, 2018, to: |
| 11 | Shauna R. Miller, Esq. |
| | Senior Bar Counsel |
| 12 | State Bar of Arizona |
| | 4201 N. 24th Street, Suite 200 |
| 13 | Phoenix, AZ 85016-6288 |
| 14 | Lawyer Regulation Records Manager |
| | State Bar of Arizona |
| 15 | 4201 N. 24th Street, Suite 200 |
| | Phoenix, AZ 85016 |
| 16 | |
| | Chief Judge – Hon. Raner C. Collins |
| 17 | Clerk – Brian Karth |
| | U.S. District Court |
| 18 | District of Arizona |
| | 401 W. Washington Street |
| 19 | Phoenix, AZ 85003 |
| 20 | Chief Judge Sidney R. Thomas |
| | Clerk – Molly Dwyer |
| 21 | 9th Circuit Court of Appeals |
| | James Browning Courthouse |
| 22 | 95 77th Street |
| | San Francisco, CA 94103 |
| 23 | |
| | Chief Judge – Hon. Marcia Krieger |
| 24 | Clerk – Jeffrey P. Colwell |
| | U.S. District Court |
| 25 | District of Colorado |
| | 901 19th Street |
| 26 | Denver, CO 80294 |
| 27 | |
| 28 | |

1  Chief Judge – Hon. William P. Johnson
   Clerk – Mitchell R. Elfers
2  U.S. District Court
   District of New Mexico
3  Pete V. Domenici US Courthouse
   333 Lomas Boulevard NW
4  Albuquerque, NM  87102

5  Chief Judge – Hon. Ruben Castillo
   Clerk – Thomas G. Bruton
6  U.S. District Court
   District of Northern Illinois
7  219 S. Dearborn Street
   Chicago, IL  60604
8

9  *Debra Huss* (signature)
   768327
10

# **DECLARATION OF PETER STROJNIK**

Peter Strojnik
State Bar No. 6464
Strojnik, P.C.
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

I, Peter Strojnik, state as follows:

1. The Presiding Disciplinary Judge of the Supreme Court of Arizona entered an Order on July 11, 2018 that suspended me from the practice of law on an interim basis. I submit this declaration to show my compliance with Arizona Supreme Court Rule 72.

2. Pursuant to Arizona Supreme Court Rule 72(a), on July 22nd and 23rd, 2018 I caused certified letters, return receipt requested, to be sent to all clients I was representing on pending matters, all opposing counsel and unrepresented adverse parties in each such matter, and each court in which I have any pending matters. The letters informed each recipient of the Order and the fact that I would be disqualified to act as a lawyer from the effective date of the Order and for the duration of my suspension. I caused those letters to be mailed on July 22nd and 23rd, 2018.

3. Pursuant to Arizona Supreme Court Rule 72(a), I have notified each court in which I have a pending matter of the suspension. Pursuant to Rule 72(b), I have asked the District Court judges in which I have pending matters to stay those proceedings so that my client may retain new counsel. I have been told that my request is premature, in that the local rules of practice provide that "suspension from law practice by a court of competent jurisdiction is not self-executing as to suspension from practice in this Court." I will follow the District Court's local rules and any order(s) that should be entered with respect to withdrawing from those matters.

4. Pursuant to Arizona Supreme Court Rule 72(c), I have delivered to my clients any papers or property to which they are entitled. They have previously received files and records for the pending matters and there is therefore no need to deliver those files and records to them.

5. Pursuant to Arizona Supreme Court Rule 72(e)(2), I state that, in addition to being a member of the State of Arizona, I am a member of the Bar of the Federal District Courts of Arizona, New Mexico, Colorado and Northern Illinois, and have been admitted to practice before them.

6. I have notified the Clerks of Court of Federal District Courts referenced above Bar of Order and my suspension.

7. My current residence address is 7847 N. Central Avenue, Phoenix, Arizona 85020. My preferred mailing address is c/o Strojnik, P.C., 2375 East Camelback Road Suite 600, Phoenix, Arizona 85016.

1

8.  Pursuant to Arizona Supreme Court Rule 72(e), this declaration will be filed with the Presiding Disciplinary Judge and the Supreme Court of Arizona. It will also be served by mail on Bar Counsel and the chief judge and chief deputy clerk of the following courts: United States District Court for the District of Arizona, United States Court of Appeals for the Ninth Circuit, the clerk of the Colorado District Court, the clerk of the New Mexico District Court and the clerk of the Northern Illinois District Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and ability.

Executed on July 23, 2018.

_____
Peter Strojnik