# STROJNIK, P.C.
### ATTORNEY AT LAW

18 - 80083

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 2 6 2018

FILED
DOCKETED _____ DATE
INITI

**CERTIFIED RETURN RECEIPT REQUESTED**

July 22, 2018

Dear Clerk of Court:

Please note that on July 11, 2018, the Presiding Disciplinary Judge of the Supreme Court of Arizona entered an Order suspended me from the practice of law. While that suspension is in effect, I am disqualified to act as a lawyer.

Sincerely,

Peter Strojnik

2375 East Camelback, Suite 600 · Phoenix, Arizona 85016
Tel: 602.524.6602 e-mail: PS@Strojnik.com