UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: | No. 18-80083 |
| PETER STROJNIK, Sr., Admitted to the bar of the Ninth Circuit: on July 10, 2006, | State Bar of Arizona No. 18-0615 |
| Respondent. | |
| | ORDER |

The court is informed that respondent Peter Strojnik, Esq., has been suspended from the practice of law in Arizona. Within 28 days after the date of this order, respondent shall: (1) consent to a reciprocal suspension; or (2) resign from the bar of this court; or (3) show cause, in writing, why respondent should not be ineligible to practice law in this court. *See In re Rosenthal,* 854 F.2d 1187 (9th Cir. 1988).

Upon consideration of the response to this order and after a hearing, if requested, the court will determine whether to order respondent ineligible to practice law in this court. *See* Fed. R. App. P. 46(c); 9th Cir. R. 46-2(c).

If an attorney is registered for the Court's Electronic Case Filing System (Appellate ECF) and is suspended or disbarred, the attorney's Appellate ECF account will also be suspended (locked) until the attorney has been reinstated to the bar of this court.

DV/Appellate Commissioner

Failure to respond to this order in a timely fashion will result in the removal of respondent from the roll of attorneys admitted to practice before this court without further notice.

This order shall be provided to respondent electronically.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7