FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 09 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: | No. 18-80083 |
|---|---|
| PETER STROJNIK, Sr., Admitted to the bar of the Ninth Circuit: on July 10, 2006, | State Bar of Arizona No. 18-0615 |
| Respondent. | ORDER |

On August 29, 2018, this court ordered respondent Peter Strojnik, Esq., to voluntarily resign or show cause, in writing, why he should not be ineligible to practice law in this court based on his ineligibility to practice law in Arizona. The order was served on respondent electronically. Compliance with that order was to have been achieved by September 26, 2018. To date, respondent has neither submitted his resignation nor shown cause in writing why he should not be ineligible to practice law in this court. Accordingly, respondent Peter Strojnik, Esq., is hereby removed from the roll of attorneys admitted to practice before this court. *See* Fed. R. App. P. 46(c); 9th Cir. R. App. 46-2. The Clerk shall amend this court's records to so reflect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol/Deputy Clerk
Ninth Circuit Rule 27-7

DV/Appellate Commissioner